```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 21 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :     INDICTMENT

       - v. -                   :     09 Cr. ____ (   )

LEV STEINBERG,                   :     **09 CRIM 399**

       Defendant.              :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about November 28, 2007, in the Southern District of New York and elsewhere, LEV STEINBERG, the defendant, unlawfully, willfully, and knowingly exported and attempted to export from the United States to Russia, an item on the Commerce Control List, namely, an Eo-Tech 552 holographic weapons scope, without first having obtained a license to do so from the United States Department of Commerce.

    (Title 50, United States Code, Sections 1705(a) & (c);
        Title 15, Code of Federal Regulations,
           Sections 736.2, 764.2, & 774.)


_____            _____
FOREPERSON                         LEV L. DASSIN
                                   Acting United States Attorney


**Judge Buchwald**

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LEV STEINBERG,

Defendant.

INDICTMENT

09 Cr.

(50 U.S.C. §§ 1705(a), 1705(c))

LEV L. DASSIN
Acting United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

*[handwritten notes]* NRB 4/21/09: Post 11/1/87 Ind't filed Assigned to Jdge Buchwald —Peck, M.J.