**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/06/2013

August 6, 2013

**BY HAND**

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG - 6 2013
UNITED STATES COURT JUDGE

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

    Re:  **United States v. Lev Steinberg**
         Docket No. S1 09 Cr. 399(NRB)

Dear Judge Buchwald:

    With the consent of the Government, I request permission for Mr. Steinberg to travel to Miami, Florida, between August 11, 2013 and August 24, 2013. During his absence from New York he will provide contact information to his Pretrial Officer. He has been free on a $100,000 P.R.B. with two co-signers secured by $5,000 cash since March 10, 2009. To our knowledge, there have been no problems.

                        Respectfully submitted,

                        **PHILIP L. WEINSTEIN**
                        Assistant Federal Defender

**MEMO ENDORSED**
Application granted.
So Ordered,
[signature]
USDJ
8/6/13

PLW/ir

cc:  Christian Everdell, Esq.
     Assistant United States Attorney
     Southern District of New York