# MEMO ENDORSED
# Federal Defenders
## OF NEW YORK, INC.

MEMO ENDORSED
Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

11/05/2013

November 1, 2013

**BY HAND**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV - 4 2013
UNITED STATES COURT JUDGE

   Re:   **United States v. Lev Steinberg**
         **Docket No. S1 09 Cr. 399(NRB)**

**MEMO ENDORSED**

Dear Judge Buchwald:

With the consent of the Government, I request permission for Mr. Steinberg to travel to Miami, Florida, between November 14, 2013 and November 25, 2013. During his absence from New York he will provide contact information to his Pretrial Officer. He has been free on a $100,000 P.R.B. with two co-signers secured by $5,000 cash since March 10, 2009. To our knowledge, there have been no problems.

Application granted.

Respectfully submitted,

**PHILIP L. WEINSTEIN**
Assistant Federal Defender

11/4/13

PLW/gv

cc:   Christian Everdell, Esq.
      Assistant United States Attorney
      Southern District of New York