# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

~~MEMO ENDORSED~~

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*



December 5, 2013

**BY HAND**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC - 6 2013
UNITED STATES COURT JUDGE

  Re: <u>United States v. Lev Steinberg</u>
    Docket No. S1 09 Cr. 399(NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

  With the consent of the Government, I request permission for Mr. Steinberg to travel to Honolulu for 5 days, leaving New York on December 10, 2013 and returning December 15, 2013 and to Miami, Florida for 9 days, leaving New York on December 25, 2013 and returning on January 3, 2014. During his absence from New York he will provide contact information to his Pretrial Officer. He has been free on a $100,000 P.R.B. with two co-signers secured by $5,000 cash since March 10, 2009. To our knowledge, there have been no problems.

*Application granted.
[signature]
USDJ
12/5/13*

        Respectfully submitted,

        **PHILIP L. WEINSTEIN**
        Assistant Federal Defender

PLW/ir

cc: Christian Everdell, Esq.
   Assistant United States Attorney
   Southern District of New York