# MEMO ENDORSED
# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
FEB 2014
UNITED STATES COURT JUDGE

February 26, 2014

**BY HAND**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/05/2014

Re: **United States v. Lev Steinberg**
   **Docket No. S1 09 Cr. 399(NRB)**

**MEMO ENDORSED**

Dear Judge Buchwald:

When Mr. Steinberg was sentenced yesterday, I neglected to request that you order Pretrial to return his passport. Absent such an order, it will be returned to the State Department, which usually is unable to find it.

Respectfully submitted,

PHILIP L. WEINSTEIN
Assistant Federal Defender

*So ordered.*
[signature]
Naomi Reice
Buchwald
USDJ
3/4/14

PLW/ir

cc: Christian Everdell, Esq.
    Assistant United States Attorney
    Southern District of New York