USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/12/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

-v.- :

LEV STEINBERG, :

Defendant. :

- - - - - - - - - - - - - - - x

**ORDER**

09 Cr. 399 (NRB)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Christian R. Everdell;

It is found that the Indictment and Superseding Information in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have that Indictment and Superseding Information unsealed, it is therefore

ORDERED that the Indictment and Superseding Information in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
March 11, 2014

[signature]

THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK